# United States Court of Appeals
## For the First Circuit

No. 08-2273

UNITED STATES OF AMERICA,

Appellee,

v.

CURTIS HOLLOWAY,
TRUE NAME: CURTIS KAREEM HOLLOWAY,
A/K/A CURTIS H. HOLLOWAY, A/K/A CURTIS K. HOLLOWAY,

Defendant, Appellant.

No. 09-1232

UNITED STATES OF AMERICA,

Appellee,

v.

RICARDO CALVO,JR.,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 21, 2011 is amended as follows:

On page 4, line 9, the quotation mark following 2004). should be deleted.